**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC FEW**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| ERIC FEW, | No.   2:19-cv-01491-KJN(SS) |
| Plaintiff, | |
| | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Andrew Saul, | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 6, 2020.

This is a first extension. Plaintiff's attorney must work through an unusually large number of cases at this time. For example, this may be one of five cases in which the administrative records were all filed by defendant on the same day, triggering a scheduled motion for summary judgment. At the same time, counsel had been --- and will be even more so in May, if the hearings in these

[Pleading Title] - 1

cases are not halted altogether because of the COVID—19 situation --- having to handle an above-average number of hearings of these cases because his local hearing office off-loaded many to a second hearing office. However, in part because of canceling a vacation because of this virus, counsel has almost no hearings in April. Counsel is attempting to schedule and complete this backlog of motions during April.

Dated:   March 18, 2020                               /s/   *Jesse S. Kaplan*
                                                      JESSE S. KAPLAN
                                                      Attorney for Plaintiff


                                                      McGREGOR W. SCOTT
                                                      United States Attorney
                                                      DEBORAH LEE STACHEL
                                                      Regional Counsel, Region IX
                                                      Social Security Administration


Dated:   March 18, 2020                               _/s/ per e-mail authorization_
                                                      DANIEL P. TALBERT
                                                      Special Assistant U.S. Attorney
                                                      Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 6, 2020.

SO ORDERED.

Dated:  March 20, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1491.eot