**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC FEW**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ERIC FEW,** | No.   2:19-cv-01491-KJN(SS) |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Andrew Saul, **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 8, 2020.

This is a second extension, of two additional days. The first extension described how plaintiff's attorney is working through a particularly large number of federal court cases, including because the records in five of his cases were filed on the same day and there are others,  attempting

[Pleading Title] - 1

to do so by the end of April. Counsel filed one motion yesterday, in a case that he did not realize was due among this sequence, and will try to file this one when indicated

Dated:   April 6, 2020                        /s/   Jesse S. Kaplan
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff


                                              McGREGOR W. SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Counsel, Region IX
                                              Social Security Administration

Dated:   April 6, 2020                         /s/ per e-mail authorization
                                              DANIEL P. TALBERT
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 8, 2020.

SO ORDERED.

Dated:  April 8, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/1491 stip